FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED ANTHONY WINTERER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant. | NO: 2:24-CV-00195-RMP<br><br>ORDER DENYING SECOND MOTION FOR RECONSIDERATION |

　　　　BEFORE THE COURT is Plaintiff Jared Anthony Winterer's second Motion for Reconsideration, ECF No. 18, of the Order denying his construed Motion for Revision, denying him leave to proceed *in forma pauperis* and dismissing this action. ECF No. 14. Plaintiff is a *pro se* prisoner currently housed at the Washington Corrections Center in Shelton, Washington, a facility participating in the Prison E-filing Program. Defendant has not been served.

　　　　Plaintiff submitted his document via the U.S. Postal Service. ECF No. 18-1. The District Court Clerk has notified Plaintiff of his non-compliance with the E-Filing Program that is mandatory for all prisoner litigants incarcerated at facilities

ORDER DENYING SECOND MOTION FOR RECONSIDERATION -- 1

participating in the Prison E-Filing Program. ECF No. 19. Any document Plaintiff may choose to file with this Court should be submitted to the law librarian/designee for electronic filing.

In the Court's Order Denying Construed Motion for Reconsideration, ECF No. 17, the Court found that Plaintiff, merely by insisting that the Court grant him the relief he requests, did not present new facts, information, or newly discovered evidence to warrant reconsideration. ECF No. 17 at 1–3. For the same reasons, Plaintiff's second Motion for Reconsideration, **ECF No. 18**, is **DENIED.**

Furthermore, Plaintiff **shall be on notice** that no further filings relating to Plaintiff's disagreement with the Court's September 12, 2024 dismissal order, ECF No. 14, or relating to Plaintiff's disagreement with the Court's denials of his motions for reconsideration will be considered by this Court.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide a copy to Plaintiff. The Court certifies that there remains no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The file shall remain **CLOSED.**

**DATED** October 24, 2024.

                                    *s/ Rosanna Malouf Peterson*
                               ROSANNA MALOUF PETERSON
                               Senior United States District Judge

ORDER DENYING SECOND MOTION FOR RECONSIDERATION -- 2